1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

SACRAMENTO DIVISION

8

ALICIA SALAZAR,                                  )    Case No. 2:16-cv-00432-JAM-KJN
                                                 )
9              Plaintiff,                        )
                                                 )
10     v.                                        )          **ORDER**
                                                 )
11   CHIPOLTLE MEXICAN GRILL, INC. a.k.a.         )    **DELETION OF CONFIDENTIAL**
     CHIPOTLE SERVICES, LLC and DOES 1            )    **SETTLEMENT**
12   through 25, inclusive,                       )
                                                 )
13             Defendants.                        )
                                                 )
14                                               )
                                                 )
15   _____       )

16
17

<u>**PROPOSED ORDER**</u>

18
         **IT IS ORDERED;** The agreement attached to Document number 22 as Exhibit A is
19
hereby to be deleted from the docket and public record.
20
21
22   DATED: 7/6/17
23
24
                                                 /s/ John A. Mendez_____.
25                                               Judge John A Mendez
                                                 UNITED STATES DISTRICT COURT
26
27
28